AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
US DISTRICT COURT
2010 AUG 19  P 2: 49
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Darin Southam                    **JUDGMENT IN A CIVIL CASE**

v.

Lehman Brothers Bank FSB et al

Case Number: 2:10 cv 45 TS

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiff's cause of action is dismissed with prejudice.

August 19, 2010                      D. Mark Jones
Date                                 Clerk of Court

                                     _(signature)_
                                     (By) Deputy Clerk